IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 13, 2012.**

    The Stipulated Motion for Protective Order [filed December 12, 2012; docket #32] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.