IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2013.**

    The Joint Motion to Clarify and Add to Expert Disclosure and Report Deadlines [filed August 2, 2013; docket #53] is **granted**. The Scheduling Order is clarified and modified as follows:

| | |
|---|---|
| Motion for Class Certification due: | August 9, 2013 |
| Response to motion: | September 9, 2013 |
| Reply in support of motion: | October 4, 2013 |
| | |
| Plaintiff's class certification expert disclosure: | August 9, 2013 |
| Defendant's class certification expert disclosure: | September 9, 2013 |
| Plaintiff's class certification rebuttal expert due: | October 4, 2013 |
| Discovery cutoff: | November 1, 2013 |
| Merits-based expert disclosures due: | November 1, 2013 |
| Dispositive motions deadline: | December 2, 2013 |

The Court will grant no further extensions of these deadlines absent a showing of exceptional cause, which may include the granting of the motion for class certification in any part.