IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2013.**

    Defendant's Motion for Leave to File a Supplemental Response to Plaintiff's Motion to Compel TCPA Tracker Data [filed October 15, 2013; docket #127] is **granted** as follows.  The Court will accept and consider the supplemental response attached to the present motion in its adjudication of Plaintiff's motion to compel.  The Plaintiff may file a reply brief in support of its motion to compel on or before November 1, 2013 that is no longer than 12 pages in length.  *See* Senior Judge Daniel's practice standards, section II.E. for other applicable rules.