IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-01952-WYD-MEH | Date:  November 19, 2013 |
| Courtroom Deputy:    Cathy Pearson | FTR – Courtroom A501 |

| | |
|---|---|
| SETH WARNICK, | Keith Keogh |
| | StevenWoodrow |
| Plaintiff, | |
| v. | |
| DISH NETWORK, LLC, | Zuzana Ikels |
| | Richard Patch |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**    **3:03 p.m.**

Court calls case.  Appearances of counsel.

Argument and discussion held regarding the following motions:  Defendant Dish Network L.L.C.'s Motion to Compel Rule 26 Disclosures (Doc. 75, filed 9/9/13),  Plaintiff's Motion to Compel TCPA Tracker Data (Doc. 92, filed 9/13/13); and Defendant Dish Network L.L.C.'s Motion for a Protective Order Regarding Subpoena to Non-Party CSG Systems International, Inc. (Doc. 101, filed 9/27/13).

**ORDERED:**  1.  Defendant Dish Network L.L.C.'s Motion to Compel Rule 26 Disclosures (Doc. 75, filed 9/9/13) is GRANTED in part and DENIED in part as stated on the record.  Defendant will be permitted to conduct a Rule 30(b)(6) deposition of a Nexxa representative.

2.  Plaintiff's Motion to Compel TCPA Tracker Data (Doc. 92 - Public Entry 93, filed 9/13/13) is GRANTED in part and DENIED in part as stated on the record.  Plaintiff's expert is permitted to draft queries to be run against Defendant's TCP Tracker database (containing the 26,000+ entries discussed at hearing); Plaintiff and Defendant will attempt to agree as to the scope of the queries; if they do not agree, the Court will determine the scope of such queries; once approved, Plaintiff's expert may observe the queries run against Dish's database subject to a confidentiality order submitted by the parties and approved by the Court, if the parties so desire.

      3.      Defendant Dish Network L.L.C.'s Motion for a Protective Order Regarding Subpoena to Non-Party CSG Systems International, Inc. (Doc. 101, filed 9/27/13) is GRANTED without prejudice to Plaintiff's ability to seek the same information, if appropriate, after the motion for class certification is resolved.

Discussion held regarding conducting a supplemental Scheduling Conference after a ruling on class certification has been entered.

**Court in recess:**    4:41 p.m.    **(Hearing concluded)**
**Total time in Court: 1:38**