IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

DISH NETWORK LLC,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2013.**

      Plaintiff's Unopposed Motion to Withdraw Motion to Clarify Minute Order [filed December 3, 2013; docket #164] is **granted**.  Plaintiff's Motion to Clarify Minute Order [filed December 2, 2013; docket #162] is hereby **withdrawn**.  However, the requirements of D.C. Colo. LCivR 7.2(e) remain in effect as to the withdrawn motion and attachments.