IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant DISH Network L.L.C.'s Motion for (1) Leave To File a Sur-Reply in Further Support of its Opposition to Plaintiff's Motion for Class Certification, and (2) A Continuance of the Hearing on Plaintiff's Motion for Class Certification [ECF No. 178], filed December 24, 2013, is **GRANTED.**  Defendant DISH Network L.L.C. may file a twenty (20) page sur-reply in further support of its opposition to Plaintiff's motion for class certification on or before **Friday, February 7, 2014**.  The hearing on Plaintiff's Motion for Class Certification and DISH's pending Objections and Motions to Strike set Tuesday, January 21, 2014, at 1:30 p.m. is **VACATED** and **RESET** to **Wednesday, March 12, 2014** at **9:00 a.m.**, and is set all morning.

    Dated:  December 29, 2013.