IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff Seth Warnick's Motion for Leave to File a Response to Defendant's Sur-Reply in Opposition to Plaintiff's Motion for Class Certification and Reschedule the Hearing Date (ECF No. 185) is **GRANTED**.  Plaintiff may file a response with the same page limit as Defendant's Sur-Reply.

    Also, the hearing currently set on Wednesday, March 12, 2014, at 9:00 a.m. is **VACATED** and **RESET** to **Wednesday, March 19, 2014,** at **9:30 a.m.**

    Dated:  January 17, 2014.