**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   March 20, 2014 |
| E.C.R./Reporter:   Janet Coppock | |

| | |
|---|---|
| Civil Action No: **12-cv-01952-WYD-MEH** | Counsel: |
| **SETH WARNICK, et al.**, | Keith J. Keogh |
| | Timothy J. Sostrin |
| Plaintiffs, | David P. Schafer |
| v. | |
| **DISH NETWORK, LLC**, | Richard R. Patch |
| | Zuzana S. Ikels |
| Defendant. | Rachel A. Morris |

**COURTROOM MINUTES**

**MOTION HEARING (continued from March 19, 2014)**

**9:09 a.m.**   Court in Session

　　　　　　　APPEARANCES OF COUNSEL.

　　　　　　　Court's opening remarks.

　　　　　　　Defendant's witness **Debra J. Aron** sworn.

9:10 a.m.   Direct examination by Defendant (Mr. Patch).
　　　　　　　*EX ID:*   **A, B**

10:19 a.m.   Cross examination by Plaintiffs (Mr. Sostrin).

**10:45 a.m.**   Court in Recess

**11:59 a.m.**   Court in Session

| | |
|---|---|
| 11:59 a.m. | Defendant's witness **Debra J. Aron** resumes. |
| | Cross examination by Plaintiffs continues (Mr. Sostrin). |
| 12:09 p.m. | Defendant rests. |
| 12:11 p.m. | Argument by Plaintiffs (Mr. Keogh). |
| 12:16 p.m. | Argument by Defendant (Mr. Patch). |
| 12:17 p.m. | Argument by Plaintiffs (Mr. Keogh). |
| 12:17 p.m. | Argument by Defendant (Mr. Patch). |
| 12:26 p.m. | Argument by Plaintiffs (Mr. Keogh). |
| 12:29 p.m. | Argument by Defendant (Mr. Patch). |
| 12:29 p.m. | Argument by Plaintiffs (Mr. Keogh). |
| 12:30 p.m. | Argument by Defendant (Mr. Patch). |
| 12:34 p.m. | Argument by Plaintiffs (Mr. Keogh). |
| **ORDERED:** | Plaintiff's Motion for Class Certification [ECF Doc. No. 61], filed August 9, 2013, is **GRANTED.** |
| **ORDERED:** | Plaintiff shall file a proposed order regarding class certification not later than **Monday, April 7, 2014.** |
| **ORDERED:** | Defendant shall file response not later than **Monday, April 21, 2014.** |
| **ORDERED:** | Counsel shall meet and confer to come up with a protocol for notification to the class members and production of materials by Dish Network, LLC. |
| **12:44 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   2:21**

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**