IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

---

## ORDER CLARIFYING COURTROOM MINUTES

---

This matter is before the Court on a review of the Courtroom Minutes reflecting the March 19 and 20, 2014 hearing, which were entered and filed on March 27, 2014 (the "Minutes") (ECF No. 215 dated March 20, 2014).  The Court hereby clarifies the Minutes as follows:

The Minutes do not reflect the final order on Plaintiff's Motion for Class Certification for purposes of F.R.C.P. 23(f).  The final, appealable order on Plaintiffs' Motion for Class Certification will be issued and entered after the Court considers Plaintiff's proposed order granting Plaintiff's motion for class certification and DISH's response thereto.

Dated:  March 31, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE