IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01952-WYD-MEH

SETH WARNICK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

## ORDER

This matter comes before the Court on the "Stipulation and Notice of Withdrawal of Amended Motion for Class Certification [Doc.239]" filed July 25, 2014 (ECF No. 241). The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that Plaintiff's Amended Motion for Class Certification (ECF No. 239) is **WITHDRAWN**.

Dated:  August 5, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE