**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   October 30, 2014 |
| E.C.R./Reporter:   Janet Coppock | |

| | |
|---|---|
| Civil Action No: **12-cv-01952-WYD-MEH** | <u>Counsel:</u> |
| **SETH WARNICK, et al.**, | Timothy J. Sostrin |
| Plaintiffs, | |
| v. | |
| **DISH NETWORK, LLC**, | Richard R. Patch |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:03 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks regarding Order to Show Cause [ECF Doc. No. 258], filed October 28, 2014, and review of the history of the case.

Plaintiff's Motion to Enforce [ECF Doc. No. 249], filed October 3, 2014, is raised for argument.

10:16 a.m.   Argument by Plaintiff (Mr. Sostrin).

10:32 a.m.   Argument by Defendant (Mr. Patch).

10:40 a.m.   Argument by Plaintiff (Mr. Sostrin).

10:48 a.m.   Argument by Defendant (Mr. Patch).

Court makes findings.

                Court makes findings.

**ORDERED:**   Plaintiff's Motion to Enforce [ECF Doc. No. 249], filed October 3, 2014, is **DENIED.**

**ORDERED:**   Plaintiff's Motion for Class Certification [ECF Doc. No. 61], filed August 9, 2013, is now **DENIED WITH PREJUDICE.**

**ORDERED:**   Parties shall contact chambers the week of November 17, 2014 to schedule a trial and trial preparation conference.

**11:06 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:    1:03**